IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERNEST LOUIS HALFORD,

    Plaintiff,

v.

W. POLLARD, D. STRAHOTA, TONY MELI,
G.H. HAMBLIN and B. SCHRUBBE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-469-wmc

---

    This action came for consideration before the court with District Judge Williams M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Ernest Louis Halford's failure to prosecute.

_____      __10/4/12__
Peter Oppeneer, Clerk of Court                 Date